AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1150
E-mail: drands@ag.nv.gov

*Attorneys for Interested Party,*
*Nevada Department of Corrections*

FILED ✓ / RECEIVED / ENTERED / SERVED ON
COUNSEL/PARTIES OF RECORD
JAN - 5 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE DAINE ANTON CRAWLEY CASES | 3:24-cv-00607-MMD-CLB<br>3:23-cv-00648-CLB<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED between Defendants, by and through counsel, Aaron D. Ford, Attorney General for the State of Nevada, and Douglas Rands, Senior Deputy Attorney General, of the State of Nevada, Office of the Attorney General, and Daine Anton Crawley, Plaintiff, pro se, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///

Page 1

The Parties resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot. The Parties respectfully request the Court vacate any future court date(s) and order the matter closed and off call.

DATED this ___ day of October 2025.

*/s/ Daine Anton Crawley*
DAINE ANTON CRAWLEY
*Plaintiff*, pro se

DATED this 28th day of October 2025.
AARON D. FORD
Attorney General

By:

*/s/ Douglas Rands*
DOUGLAS R. RANDS, (Bar No. 3572)
*Attorneys for Interested Party*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE, any future deadlines and court dates are vacated, and the Clerk is directed to close the case.

**DATED: January 5, 2026**

_____
**CARLA BALDWIN
UNITED STATES MAGISTRATE JUDGE**